**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>NAVLAN PR, LLC d/b/a INBOUNDCD and RYAN BLACKMAN,<br><br>Respondents. | Civil No. 26-mc-129 (FAB) |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Comes now, Max S. Morgan, applicant herein and respectfully states:

1. Applicant is an attorney of The Weitz Firm, LLC, with offices at:

| | |
|---|---|
| Address | 1515 Market Street #1100, Philadelphia, PA 19102 |
| E-mail | max.morgan@theweitzfirm.com |
| Telephone Number | 267-587-6240 |
| Fax Number | 215-689-0875 |

2 Applicant will sign all pleading with the name Max S. Morgan.

3. Applicant has been retained as part of the above-named firm by the Petitioner and to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since October 30, 2013, applicant has been and presently is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the Bar of the State of New Jersey, where applicant regularly practices law. Applicant's PA bar license number is 316096. Applicant's NJ bar license number is 062552013.

5. Applicant has been admitted to practice before the following courts:

| Court / District | Admission Date: |
|---|---|
| United States District Court for the Eastern District of Pennsylvania | September 11, 2014 |
| United States District Court for the District of New Jersey | September 22, 2017 |
| United States District Court for the Eastern District of Wisconsin | January 19, 2022 |
| United States District Court for the Northern District of Illinois | January 12, 2022 |
| United States District Court for the Northern District of Indiana | October 21, 2021 |
| United States District Court for the Eastern District of Michigan | July 8, 2022 |
| United States District Court for the Middle District of Pennsylvania | December 7, 2021 |
| United States District Court for the Northern District of Ohio | February 7, 2022 |
| United States District Court for the Northern District of Texas | February 29, 2023 |
| United States District Court for the Western District of Wisconsin | April 17, 2023 |
| United States District Court for the Southern District of Texas | December 11, 2023 |
| United States District Court for the Western District of Tennessee | January 29, 2024 |
| United States District Court for the Western District of Texas | December 22, 2025 |
| United States District Court for the Eastern District of Texas | January 7, 2026 |
| United States District Court for the Eastern District of Tennessee | March 18, 2026 |
| United States Court of Appeals for the Federal Circuit | January 29, 2015 |
| United States Court of Appeals for the First Circuit (Bar No. 1212156) | April 23, 2024 |
| United States Court of Appeals for the Sixth Circuit | December 23, 2021 |
| United States Court of Appeals for the Seventh Circuit | October 11, 2024 |
| United States Court of Appeals for the Third Circuit | June 9, 2025 |
| United States Supreme Court | December 3, 2018 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical misconduct, disciplinary proceeding or criminal charges before any court of jurisdiction.

9. During the past three years, applicant has filed for *pro hac vice* admission in the United States District Court for the District Court for Puerto Rico, in the following matter:

| Date of Application | Case Number and Style |
|---|---|
| None | |

10. Local counsel of record associated with applicant in this matter are:

| | |
|---|---|
| **A**) Name: | Jairo Mellado-Villarreal |
| USDC-PR Bar No. | 208112 |
| Address | 165 Ponce de León Ave., Suite102<br>San Juan, Puerto Rico, 00917-1235 |
| E-mail | jmellado@mellado.com |
| Telephone No. | 787-767-2600 |
| Fax No. | 787-767-2645 |

| | |
|---|---|
| **B**) Name: | Tessie Leal-Garabís |
| USDC-PR Bar No. | 208112 |
| Address | 165 Ponce de León Ave., Suite102<br>San Juan, Puerto Rico, 00917-1235 |
| E-mail | tleal@mellado.com |
| Telephone No. | 787-767-2600 |
| Fax No. | 787-767-2645 |

11. Applicant has read local rules of this Court and will comply with the same.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-style case only.

Date: April 14, 2026

*/s/Max S. Morgan*______________________________
Max S. Morgan, Esq. (PA Bar No. 316096)
max.morgan@theweitzfirm.com
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875

I HEREBY CERTIFY, pursuant to Local Rule 83(A)(f), that I consent to the designation of local counsel of record for all purposes.

Date: April 14, 2026

/s/Jairo Mellado-Villarreal
Jairo Mellado-Villarreal, 208112

/s/ Tessie Leal-Garabis
Tessie Leal-Garabis, 218408

MELLADO & MELLADO-VILLAREAL
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel. 787-767-2600/ Fax 787-767-2645
E-mail: jmellado@mellado.com

**Certificate of Service**

I hereby certify that pursuant to L.Cv.R. 5.1(b) (2), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this April 14, 2026.

*/s/ Jairo Mellado-Villarreal*
USDC-PR No. 208112
jmellado@mellado.com

*/s/ Tessie Leal-Garabis*
USDC-PR No. 218408
tleal@mellado.com

**Mellado & Mellado-Villareal**
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel. (787) 767-2600
Fax (787) 767-2645