| UNITED STATES DISTRICT COURT<br>For the Northern District of Illinois | |
|---|---|
| **KIMBERLY STARLING**<br><br>**Plaintiff**<br><br>**V.**<br><br>**ALLSTATE INSURANCE COMPANY,**<br><br>**Defendant** | CIVIL ACTION NO. 1:25-CV-4000 |

## SWORN STATEMENT

I, JOSÉ DANIEL MORALES COLON, of legal age, single, emplacer and neighbor of San Juan Puerto Rico, hereby declared the following:

1. That my name and personal circumstances are as stated above.
2. That I am not counsel for the plaintiff, nor a party to this lawsuit, nor do I have any interest in it.
3. On March 25, 2026, I was served with the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION addressed to Navlan PR LLC, located at 101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927. And Ryan Daniel Blackman, with an address at Dorado Country Estates #11 Golf View Drive, Dorado, PR 00646.
4. On April 13, 2026, at approximately 12:40 p.m., I arrived at #101 Av. José de Diego, San Juan, 00927, Puerto Rico, where the offices of PSV & CO. PSC accounting office, where I was attended to by Ms. Nilza Serrano, who informed me that Ryan Daniel Blackman and Navlan PR LLC were at one time clients of the firm but are no longer clients at this time; they do not know their whereabouts nor could they provide any contact information.

5. On April 13, 2026, at approximately 3:15 p.m., I arrived at the Dorado Country Estates residential complex, where I was attended to by security officer Figueroa, who informed me that she had instructions not to allow access to process servers nor to provide any information regarding the parties.

6. On April 13, 2026, at approximately 3:40 p.m., I arrived at the Dorado Precinct of the State Police, located at #410 C. Méndez Vigo, Dorado, 00646, Puerto Rico, where I interviewed Sergeant Sonia Concepción, badge number 8-18562, who stated that she did not know the defendants or their current whereabouts.

7. On April 13, 2026, at approximately 4:00 p.m., I arrived at the USPS post office located at #618 Av. José Efrón, Dorado, 00646, Puerto Rico, where I interviewed Postmaster Edgardo Negron, who stated that he had no knowledge of the parties' current whereabouts and/or address.

8. On April 14, 2026, at approximately 9:10 a.m., I arrived at the USPS post office located at 201 José de Diego Ave., San Juan, 00927, Puerto Rico, where I interviewed Mr. Ortega, who stated that he did not know Mr. Ryan Daniel Blackman, his current whereabouts, or any headquarters or address for Navlan PR LLC, nor any representative of the latter.

9. On April 14, 2026, at approximately 9:30 a.m., I arrived at the Puerto Nuevo State Police station located at 1330 San Patricio Ave., San Juan, 00921, Puerto Rico, where I interviewed Officer Pedro Camacho, badge number 34299, who stated that he did not know the parties or their current whereabouts.

10. On April 15, 2026, at 2:17 p.m., an email was sent to the following email addresses: admin@inboundcd.com ryan@inboundcd.com, with the following text:

11. Dear Mr. Blackman, i am contacting you regarding the coordination and delivery of subpoenas to testify at a deposition in Civil Action Case No. 1:25-CV-4000, Kimberly Starling v. Allstate Insurance Company. These subpoenas are addressed to both you personally and to Navlan PR, LLC. Please contact me at (787) 932-8671 to discuss the delivery of these documents.

    Best regards,

    Jose Morales Colon

    Process Server

    This email was not answered, nor was any call received regarding it.

12. On April 15, 2026, around 2:30 p.m., I arrived at the offices of Delgado Fernandez LLC in T-Mobile Center at San Patricio B7 Tabonuco St., Suite 1000, Guaynabo, PR 00968, where I was attended to by Ms. Janette, who had no knowledge of the parties Navlan PR LLC and Ryan Daniel Blackman.

13. Multiple online searches were also conducted on Google as well as on social media platforms Instagram and Facebook, but no information was obtained regarding the parties.

14. On May 12, 2026, at approximately 3:10 p.m., I called the offices of Delgado & Fernandez, LLC at +1 (787) 274-1414, where the receptionist transferred my call to Ms. Maireny, who, after putting me on hold, told me she had no information regarding Mr. Ryan Daniel Blackman.

AND FOR THIS TO BE RECORDED, swear and sign this affidavit in

San Juan, Puerto Rico, today, May, 21, 2026.

JOSÉ DANIEL MORALES COLÓN

Affidavit no. 607

Jury and signed before me by José Daniel Morales Colón of the personal circumstances described above, whom I attest to know personally or identify by his license number ——.

In San Juan, Puerto Rico, today May, 21, 2026.

Lcda. Jarybeli [illegible] Abogada- No[illegible]

**PUBLIC NOTARY**