Government of Puerto Rico
Department of State

Transaction Date: 21-Dec-2020
Register No: 456135
Order No: 1906001

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

**The name of the Domestic Limited Liability Company is: NAVLAN PR LLC**
**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927** |
| Mailing Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Phone | **(787) 793-4400** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **NAVLAN PR LLC** |
| Street Address | **101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927** |
| Mailing Address | **101 AVE DE DIEGO URB SAN FRANCISCO, SAN JUAN, PR, 00927** |
| Email | **ryan.blackman@gmail.com** |
| Phone | **(787) 793-4400** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**THE PURPOSE OF THE COMPANY IF TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY RECOGNIZED TO LIMITED LIABILITY COMPANIES UNDER CHAPTER XIX OF THE PUERTO RICO GENERAL CORPORATION LAW OF 2009, AS AMENDED FROM TIME TO TIME.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **BLACKMAN, RYAN** |
| Street Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Mailing Address | **1100 BRIADWAY, SANTA MONICA, CA, 90401** |
| Email | **ryan.blackman@gmail.com** |

### Article V - Administrators

If the faculties of the Authorized Persons will end upon the filing of the Certificate of Formation of a Limited Liability Company, the names, physical and mailing address of the persons who will act as Administrators until the first annual meeting of the members or until their successors replace them are as follows:

| | |
|---|---|
| Name | **BLACKMAN, RYAN** |
| Title | **President, Treasurer** |
| Street Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Mailing Address | **1100 Broadway, SANTA MONICA, CA, 90401** |
| Email | **ryan.blackman@gmail.com** |
| Expiration Date | **Indefinite** |

## Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **21-Dec-2020**

## Supporting Documents

| Document | Date Issued |
|---|---|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We BLACKMAN, RYAN, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 21st day of December, 2020.