**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>NAVLAN PR, LLC d/b/a INBOUNDCD and RYAN BLACKMAN,<br><br>Respondents. | Case No. 26-mc-129-FAB-MEL |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 1, 2026, at approximately 3:35 p.m. (Atlantic Standard Time), in accordance with the Order of Court granting Petitioner's Motion for Leave to Serve Motion to Enforce Subpoenas by Alternative Means, I caused to be sent by email, using Microsoft Outlook and with a read receipt and a return (delivery) receipt requested, the following documents:

- The subpoena to Ryan Blackman commanding production of documents and appearance for deposition;
- The subpoena to Navlan PR, LLC d/b/a InboundCD commanding production of documents;
- Petitioner's Motion to Enforce Subpoenas Against Navlan PR, LLC d/b/a InboundCD and Ryan Blackman (ECF No. 1), with exhibits ("Motion to Enforce"); and
- The Court's Order on Service Through Alternative Means, dated May 29, 2026 (ECF No. 7).

The documents were sent to

- ryan@inboundcd.com;

- admin@inboundcd.com;
- afernandez@delgadofernandez.com

Immediately after sending, I confirmed that the email was saved in my sent email folder, and I confirmed that no "bouncebacks" or delivery failures were received from any of the addresses to which the email was sent.

Although the email was transmitted with a read receipt and a return (delivery) receipt requested, none of the Respondents — Mr. Blackman or Navlan PR, LLC d/b/a InboundCD — nor their counsel returned a read receipt or otherwise replied to, acknowledged, or responded to the email. The mail-system confirmations I received are consistent with delivery: a confirmation generated by Microsoft Outlook stating that delivery to ryan@inboundcd.com and admin@inboundcd.com was complete, with no delivery notification returned by the destination server; and a delivery confirmation from the mail server for Delgado & Fernández, LLC, confirming delivery of the email to afernandez@delgadofernandez.com. These confirmations are dated June 1, 2026, the same day the email was sent.

A copy of the email (without attachments) is attached as Exhibit 1. The Microsoft Outlook confirmation regarding ryan@inboundcd.com and admin@inboundcd.com is attached as Exhibit 2. The delivery confirmation from the mail server for Delgado & Fernández, LLC is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 9, 2026

RESPECTFULLY SUBMITTED

/s/ Jairo Mellado-Villarreal

Jairo Mellado-Villarreal (USDC No. 208112)
jmellado@mellado.com
Tessie Leal-Garabis (USDC No. 218408)
tleal@mellado.com
MELLADO & MELLADO-VILLARREAL LLC
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel.787-767-2600/Fax 787-767-2645

Max S. Morgan, Esq. (Pending *Pro Hac Vice)*
(PA Bar No. 316096)
max.morgan@theweitzfirm.com
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875

*Counsel for Petitioner Kimberly Starling*

**Certificate of Service**

I hereby certify that pursuant to L.Cv.R. 5.1(b) (2), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this June 9, 2026.

*/s/ Jairo Mellado-Villarreal*
USDC-PR No. 208112
jmellado@mellado.com

**Mellado & Mellado-Villareal**
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel. (787) 767-2600
Fax (787) 767-2645