**Tuesday, June 9, 2026 at 11:55:38 AM Atlantic Standard Time**

| | |
|---|---|
| **Subject:** | Service by email as authorized by the USDC-PR |
| **Date:** | Monday, June 1, 2026 at 3:36:34 PM Atlantic Standard Time |
| **From:** | Jairo Mellado |
| **To:** | ryan@inboundcd.com, admin@inboundcd.com |
| **CC:** | afernandez@delgadofernandez.com, Jeff Blake, Max Morgan, Thomas Zimmerman Jr, Tessie Leal Garabis, Anthony Ramos |
| **Priority:** | High |
| **Attachments:** | image001.png, image003.png, Dkt. 1 Motion to Enforce Subpoenas.pdf, Dkt. 1 - Composite Exhibits A - G.pdf, Dkt. 7 Order on Service Through Alternate Means.pdf, Subpoena for Deposition to Ryan Daniel Blackman.pdf, Subpoena for Deposition to Navlan PR LLC.pdf |

Mr. Blackman and InboundCD:

This firm, together with The Weitz Firm, LLC, represents Petitioner Kimberly Starling in *Starling v. Navlan PR, LLC d/b/a InboundCD and Ryan Blackman*, No. 3:26-mc-00129-FAB-MEL, pending in the United States District Court for the District of Puerto Rico. That proceeding arises from the underlying class action *Starling v. Allstate Insurance Co.*, No. 1:25-cv-4000 (N.D. Ill.), brought under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

On May 29, 2026, the Honorable Senior Judge Francisco A. Besosa entered an Order (Dkt. 7) granting Petitioner leave to serve Respondents Navlan PR, LLC d/b/a InboundCD and Ryan Blackman ("Respondents") by alternative means, including email. A copy of that Order is enclosed.

**Pursuant to and in compliance with that Order, you are hereby served by email with the following:**

1. The subpoena to **Ryan Blackman** commanding production of documents and appearance for deposition;
2. The subpoena to **Navlan PR, LLC d/b/a InboundCD** commanding production of documents;
3. Petitioner's Motion to Enforce Subpoenas Against Navlan PR, LLC d/b/a InboundCD and Ryan Blackman (Dkt. 1), with exhibits ("Motion to Enforce"); and
4. The Court's Order on Service Through Alternative Means, dated May 29, 2026 (Dkt. 7).

**Your response to Plaintiff's Motion to Enforce must be filed within 14 days of today or you will be deemed to have waived any objection to the Motion to Enforce pursuant to Court Rules.** Petitioner's pending Motion to Enforce requests, and the relief sought contemplates, production of all documents responsive to the subpoenas within fourteen (14) days. Accordingly, within that period you must: (a) produce all documents responsive to the subpoenas served on InboundCD and on Mr. Blackman; and (b) make Mr. Blackman available for his deposition by videoconference. Please contact the undersigned immediately to coordinate the date and time of the deposition within that fourteen-day window.

Service of the Motion to Enforce is effective as of the date of this email under the Court's Order. As detailed in the enclosed Motion to Enforce, Respondents have had actual notice of these subpoenas since at least August 2025 and previously failed to comply. Continued failure to comply may result in the Court compelling compliance and holding Respondents — and Mr. Blackman personally, as the principal of InboundCD — in contempt of court, together with an award of the costs and fees incurred in enforcing the subpoenas.

A copy of this communication is also provided to Alfredo Fernández-Martínez, Esq., of Delgado & Fernández, LLC, who previously advised this firm that he was engaged to represent both Respondents and asked that communications be directed to him. If you are represented by counsel, please have your counsel contact the undersigned promptly.

Respectfully,

**Jairo Mellado-Villarreal** USDC-PR No. 208112 | jmellado@mellado.com Tessie Leal-Garabis — USDC-PR No. 218408 | tleal@mellado.com MELLADO & MELLADO-VILLARREAL LLC 165 Ponce de León Ave., Suite 102 San Juan, Puerto Rico 00917-1235 Tel. (787) 767-2600 | Fax (787) 767-2645

Max S. Morgan, Esq. (*pro hac vice* pending) THE WEITZ FIRM, LLC | max.morgan@theweitzfirm.com 1515 Market Street #1100, Philadelphia, PA 19102 Tel. (267) 587-6240

*Counsel for Petitioner Kimberly Starling*

—0---

Jairo “Jay” Mellado, Esq.
Managing Partner
**Mellado & Mellado-Villarreal**
165 Ponce de Leon 102; Hato Rey, San Juan, PR 00917
t.787.767.2600

Martindale-Hubbell PEER RATED For Ethical Standards and Legal Ability 2019
Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence 2025

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.