Tuesday, June 9, 2026 at 11:57:59 AM Atlantic Standard Time

| | |
|---|---|
| **Subject:** | Relayed: Service by email as authorized by the USDC-PR |
| **Date:** | Monday, June 1, 2026 at 3:36:43 PM Atlantic Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | ryan@inboundcd.com, admin@inboundcd.com |
| **Attachments:** | Service by email as authorized by the USDC-PR .eml |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

ryan@inboundcd.com (ryan@inboundcd.com)

admin@inboundcd.com (admin@inboundcd.com)

Subject: Service by email as authorized by the USDC-PR