**Tuesday, June 9, 2026 at 11:58:52 AM Atlantic Standard Time**

| | |
|---|---|
| **Subject:** | Delivered: Service by email as authorized by the USDC-PR |
| **Date:** | Monday, June 1, 2026 at 3:38:19 PM Atlantic Standard Time |
| **From:** | postmaster@delgadofernandez.com |
| **To:** | afernandez@delgadofernandez.com |
| **Attachments:** | Service by email as authorized by the USDC-PR .eml |

## Your message has been delivered to the following recipients:

afernandez@delgadofernandez.com (afernandez@delgadofernandez.com)

Subject: Service by email as authorized by the USDC-PR