AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

KIMBERLY STARLING
*Plaintiff*
v.
NAVLAN PR, LLC et al.
*Defendant*

Case No. 3:26-mc-00129-FAB-MEL

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kimberly Starling .

Date: 6/15/2026

s/Max S. Morgan
*Attorney's signature*

Max S. Morgan (PA ID 316096)
*Printed name and bar number*

The Weitz Firm, LLC
1515 Market Street #1100
Philadelphia, PA 19102
*Address*

max.morgan@theweitzfirm.com
*E-mail address*

(267) 587-6240
*Telephone number*

(215) 689-0875
*FAX number*