IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

KIMBERLY STARLING, on behalf of herself and others similarly situated,

Petitioner,

v.

NAVLAN PR, LLC d/b/a INBOUNDCD and RYAN BLACKMAN,

Respondents.

Case No. 26-mc-129-FAB-MEL

**PETITIONER KIMBERLY STARLING'S MOTION REQUESTING A BRIEF EXTENSION OF TIME TO FILE RESPONSE**

**TO THE HONORABLE COURT:**

Petitioner Kimberly Starling ("Petitioner"), by and through undersigned counsel, respectfully requests a brief extension of time, until Monday, July 7, 2026, to submit her Response to Respondents Navlan Pr, LLC d/b/a InboundCD and Ryan Blackman's ("Respondents") Special Appearance to Quash Service of Motion to Enforce Subpoenas (the "Motion"). [Dkt. 13]. In support thereof, Petitioner states as follows:

1. Respondents filed their Motion on June 15, 2026. [Dkt. 13].

2. Petitioner's response is currently due July 29, 2026.

3. Petitioner is in the process of preparing a response to the Motion. Petition intends to include a declaration in support of Petitioner's response to the Motion. However, the declarant is currently on vacation.

4. Petitioner requests the additional time to obtain the declaration, finalize the response, and file the same with the Court.

5. This request is made in good faith and for the purpose of aiding the Court's consideration of the issues presented. Granting this motion will not prejudice Respondents and will promote a full and accurate record.

6. This is Petitioner's first request for an extension of time in this matter.

7. Prior to filing the within motion, Petitioner reached out to counsel for Respondents regarding this extension request to inquire whether they would consent to this extension. Nevertheless, at the time of this filing, Petitioner has not yet received a response from Respondents.

WHEREFORE, Petitioner respectfully requests a brief extension of time of 7 days, until **Monday, July 7, 2026**, to submit her Response to Respondents Navlan Pr, LLC d/b/a InboundCD and Ryan Blackman's Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, June 29, 2026.

I HEREBY CERTIFY: that on this date I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the case of caption.

/s/ Jairo Mellado-Villarreal

Jairo Mellado-Villarreal (USDC No. 208112)
jmellado@mellado.com

Tessie Leal-Garabis (USDC No. 218408)
tleal@mellado.com

MELLADO & MELLADO-VILLARREAL LLC
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel.787-767-2600/Fax 787-767-2645

Max S. Morgan, Esq. (Pending *Pro Hac Vice)*
(PA Bar No. 316096)
max.morgan@theweitzfirm.com
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875

*Counsel for Petitioner Kimberly Starling*

**Certificate of Service**

I hereby certify that pursuant to L.Cv.R. 5.1 (b)(2), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this June 29, 2026.

*/s/ Jairo Mellado-Villarreal*
USDC-PR No. 208112
jmellado@mellado.com

**Mellado & Mellado-Villareal**
165 Ponce de León Ave., Suite 102
San Juan, Puerto Rico 00917-1235
Tel. (787) 767-2600
Fax (787) 767-2645