**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>NAVLAN PR, LLC d/b/a INBOUNDCD and RYAN BLACKMAN,<br><br>Respondents. | CIVIL NO. 26-mc-129-FAB-MEL |

**SPECIAL APPEARANCE REQUESTING LEAVE TO FILE TENDERED REPLY TO PETITIONER KIMBERLY STARLING'S RESPONSE TO REQUEST TO QUASH SERVICE OF MOTION TO ENFORCE SUBPOENAS**

**TO THE HONORABLE COURT**:

**COME NOW,** through a special appearance and without submitting themselves to the jurisdiction of this Court, *Navlan PR, LLC d/b/a INBOUNDCD* ("Navlan PR") and Ryan Blackman (collectively, the "Movants"), through the undersigned attorneys, respectfully request that this Court grant leave pursuant to Loc. Civ. R. No. 7 (c) to file a Reply to *Petitioner Kimberly Starling's Response To Special Appearance to Quash Service of Motion to Enforce Subpoenas* (Dkt. No. 16), as follows:

1. On June 15, 2026, Movants filed a *Special Appearance to Quash Service of Motion to Enforce Subpoenas* (Dkt. No. 13) stating, without submitting to the jurisdiction of this Court, that service was improperly conducted in the present miscellaneous enforcement proceeding.

2. Kimberly Starling (the ""Petitioner") requested an extension of time on June 29, 2026 (Dkt. No. 14) to respond to Movants' aforementioned special appearance. The Court granted the requested extension on June 30, 2026 (Dkt. No. 15).

3. On July 6, 2026, Petitioner filed her *Response to Special Appearance to Quash*

*Service of Motion to Enforce Subpoenas* (the "Response") (Dkt. No. 16).

4. The Response raises new matters relying on mischaracterizations and contradictory assertions related to Puerto Rico service of process requirements that need to be addressed by Movants.

5. Local Civil Rule 7 allows the filing of a reply brief with prior leave of the Court. See Loc. Civ. R. 7(c).

6. As such, Movants respectfully request leave to file their corresponding Reply, a copy of which is tendered hereto as Exhibit 1.

**WHEREFORE**, Movants respectfully request that this Honorable Court allow the filing of the Reply tendered hereto, and grant any other and further relief as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

**THE UNDERSIGNED HEREBY CERTIFY**, that on this same date we electronically filed a copy of the foregoing motion with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 13th day of July, 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco Street, Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414 Fax: (787) 764-8241

s/Alfredo Fernández Martínez
Alfredo Fernández Martínez
USDC-PR #210511
afernandez@delgadofernandez.com

s/ David J. González Casas
David J. González Casas
USDC-PR #304713
dgonzalez@delgadofernandez.com