**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>NAVLAN PR, LLC d/b/a INBOUNDCD and RYAN BLACKMAN,<br><br>Respondents. | CIVIL NO. 26-mc-129-FAB |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT**:

**COME NOW,** *Navlan PR, LLC d/b/a INBOUNDCD* ("Navlan PR") and Ryan Blackman (collectively, the "Respondents") through the undersigned counsel and hereby states and prays as follows:

1. On June 15, 2026, Respondents filed a *Special Appearance to Quash Service of Motion to Enforce Subpoenas* (Dkt. No. 13) stating that service was improperly conducted in the present miscellaneous enforcement proceeding.

2. Kimberly Starling (the ""Petitioner") filed her *Response to Special Appearance to Quash Service of Motion to Enforce Subpoenas* (the "Response") (Dkt. No. 16) on July 6, 2025.

3. Respondents filed their corresponding *Reply* to Petitioner's Response on July 14, 2026 (Dkt. No. 20).

4. This Court issued a *Memorandum and Order* on July 17, 2026 (Dkt. No. 21) finding that the service of the motion to enforce the subpoenas was proper, and that respondents' request to quash was unsupported.

5. After the issuance of the aforementioned *Memorandum and Order* Petitioner's

legal representatives reached out to Respondents in order to schedule a meeting to discuss the pending subpoenas.

6. A meet and confer videoconference was held on August 6, 2026 in which the Parties discussed a possible resolution to this matter.

7. Petitioner's representatives agreed to provide Respondents with certain available documents obtained through discovery and to notify revised request for production based on the development of the underlying case.

8. Once the above-described information is provided, Respondents agreed to provide all available responsive information and documents to Petitioner, subject to any objections applicable to Respondents as non-parties to the underlying action.

9. As such, the undersigned hereby notify the Court that the Parties have engaged in good faith efforts to comply with Petitioner's request at this juncture and provide the requested information and documents.

**WHEREFORE**, Petitioners respectfully request that this Honorable Court take note of the above described developments.

**CERTIFICATE OF SERVICE**

**THE UNDERSIGNED HEREBY CERTIFY**, that on this same date we electronically filed a copy of the foregoing motion with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In Guaynabo, Puerto Rico, this 7th day of August, 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco Street, Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

s/Alfredo Fernández Martínez
Alfredo Fernández Martínez
USDC-PR #210511
afernandez@delgadofernandez.com

s/ David J. González Casas
DAVID J. GONZÁLEZ CASAS
USDC-PR #304713
dgonzalez@delgadofernandez.com