**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

KIMBERLY STARLING, on behalf of herself and others similarly situated,

Petitioner,

v.

NAVLAN PR, LLC d/b/a INBOUNDCD and RYAN BLACKMAN,

Respondents.

CIVIL NO. 26-mc-129-FAB-MEL

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR RESPONDENTS *NAVLAN PR, LLC D/B/A INBOUNDCD* AND RYAN BLACKMAN**

**TO THE HONORABLE COURT**:

**COME NOW** undersigned counsel for NAVLAN PR, LLC d/b/a INBOUNDCD and Ryan Blackman (collectively, "Respondents") and respectfully request leave to withdraw as counsel of record pursuant to Local Civil Rule 83D(b); Rule 1.16(b)(5) and (6) of the American Bar Association's Model Rules of Professional Conduct, which govern attorneys practicing before this Court, see L. Civ. R. 83E(a). In support of this motion, counsel state as follows:

1. Undersigned counsel represent Respondents in the above-captioned action.

2. Irreconcilable differences have arisen between the undersigned counsel and Respondents that have rendered the representation unreasonably difficult and impede it from moving forward.

3. Respondents have failed substantially to fulfill their agreed-upon obligations to counsel regarding the services rendered in the present case and have been given reasonable warning that counsel would withdraw unless those obligations were fulfilled.

4. Out of respect for the attorney-client privilege and counsel's duty of confidentiality,

undersigned counsel refrain from detailing further the grounds for this request, but will provide any additional information the Court may require, in camera if necessary.

5. In light of these circumstances, undersigned counsel respectfully requests leave from the Court pursuant to L. Civ. R. 83D(b) to withdraw as counsel of record.

6. Undersigned counsel will take all reasonably practicable steps to avoid any unwarranted delay and to protect Respondents' interests during the transition, in compliance with applicable professional obligations and the Court's orders.

7. Undersigned counsel have notified Respondents of the present request for leave to withdraw and have advised them of the need to secure substitute counsel. Counsel have further advised Respondents that NAVLAN PR, LLC, as a legal entity, may appear in federal court only through licensed counsel. See *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993).

8. Undersigned counsels are serving a copy of this motion upon Respondents at their last known email address, as set forth in the Certificate of Service below.

9. To avoid prejudice to Respondents and unnecessary delay, undersigned counsel respectfully requests that the Court grant Respondents a term of thirty (30) days from the entry of its order to retain new counsel and cause such counsel to file a notice of appearance.

**WHEREFORE**, undersigned counsel respectfully request that the Court grant this motion; grant Respondents a term of thirty (30) days to retain new counsel and cause such counsel to file a notice of appearance; and enter an order relieving undersigned counsel of further representation of Respondents in this action, subject to the Court's direction.

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all attorneys of record, and that we served a copy of the foregoing motion upon Respondents via email to ryan.blackman@gmail.com.

**RESPECTFULLY SUBMITTED**.

In Guaynabo, Puerto Rico, this 23rd day of October, 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco Street, Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

s/Alfredo Fernández Martínez
Alfredo Fernández Martínez
USDC-PR #210511
afernandez@delgadofernandez.com

s/ David J. González Casas
David J. González Casas
USDC-PR #304713
dgonzalez@delgadofernandez.com